UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY GARVER,

               Petitioner,

   v.

STATE OF WASHINGTON,

               Respondent.

CASE NO. 2:23-cv-01429-RAJ-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

     Petitioner has filed a federal habeas petition under 28 U.S.C. § 2254, and an application seeking leave to proceed *in forma pauperis*. The application demonstrates petitioner cannot afford the $5.00 filing fee. Petitioner's application to proceed, Dkt.8, is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees, provide a copy of this Order to petitioner.

     DATED this 11th day of October, 2023.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge