UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY GARVER,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. 2:23-cv-01429-RAJ-BAT

**ORDER DENYING MOTION TO AMEND WITHOUT PREJUDICE**

On September 7, 2023, Petitioner filed a motion stating he "seeks to amend or supplement petition within 90 days." Dkt. 1 and 7. When a party moves to amend, the party must attach a copy of the proposed amended pleading to the motion. *See* Local Rule 15. Petitioner has failed to do so, and the Court accordingly DENIES the motion (Dkt. 7) without prejudice.

DATED this 12th day of October, 2023.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge

ORDER DENYING MOTION TO AMEND
WITHOUT PREJUDICE - 1