UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY GARVER, <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Respondent. | CASE NO. 2:23-cv-01429-RAJ-BAT <br><br> **ORDER GRANTING EXTENSION OF TIME** |

Petitioner proceeds *pro se* and *in forma pauperis* in this 28 U.S.C. §2254 federal habeas action.

On November 21, 2023, Petitioner moved for an extension of time to file his response to Respondent's response/answer to the petition. Dkt. 21. Petitioner seeks a ninety (90) day extension of time to file his response noting that he has mental health issues and needs additional time to read through the large box of records sent by Respondent.

On November 29, 2023, Petitioner filed a response to Respondent's response/answer but noted that he is still requesting additional time to read through the records and to file an amended response. Dkt. 22.

Petitioner's motion for extension (Dkt. 21) is GRANTED to the extent that he may file an amended response on or before **December 29, 2023**. Respondent may file a reply to petitioner's

ORDER GRANTING EXTENSION OF TIME - 1

response, or to the amended response if one is filed, on or before **January 5, 2024**. The Clerk is directed to re-note the Respondent's response/answer (Dkt. 17) to **January 5, 2024**.

DATED this 1st day of December, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 2