1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY GARVER,

                    Petitioner,

   v.

ROB JACKSON,

                 Respondent.

CASE NO. 2:23-cv-01429-RAJ-BAT

**ORDER OF DISMISSAL**

     Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

     (1)     The Court ADOPTS the Report and Recommendation.

     (2)     Petitioner's "motion for praecipe or to amend petition" (Dkt. 20) is GRANTED and Rob Jackson is substituted as the Respondent in this action.

1     (3)     Petitioner's federal habeas petition is DENIED without an evidentiary hearing and

2     the case is DISMISSED with prejudice.

3     (4)     Issuance of a certificate of appealability (COA) is DENIED.

4     (5)     The Clerk is directed to send copies of this Order to the parties and to Judge

5     Tsuchida.

6          Dated this 17th day of April, 2024.

7

8

9     The Honorable Richard A. Jones
      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2